# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the application of the defendant Declan Golden (Robert A. Honecker, Jr., Esq., appearing), with notice to Christopher Fell, Assistant U.S. Attorney, and with notice to Todd Jones, Supervisory U.S. Pretrial Services Officer, for an order granting a modification of the conditions of pretrial release; it is hereby

**ORDERED** that the conditions of pretrial release are modified as follows:

1. The Defendant is permitted to spend the night at The Residence Inn, located at 5 Barker Avenue, White Plains, New York 10601, from approximately 10:00 a.m. on April 20, 2024, through 11:00 a.m. on April 21, 2024 for the purposes of attending a wedding ceremony and reception. The Defendant shall advise pretrial services of the date, time and location of all events associated with the wedding and obtain the approval of pretrial services prior to attending. Megan Golden shall serve as the third-party custodian and shall be present with the Defendant for the entirety of the stay; and no children shall be present.

_____
HON. TONIANNE J. BONGIOVANNI United States Magistrate Judge

Dated: April 18, 2024

097620.000000 8929510v1