# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the application of the defendant Declan Golden (Robert A. Honecker, Jr., Esq., appearing), with notice to Christopher Fell, Assistant U.S. Attorney, and with notice to Todd Jones, Supervisory U.S. Pretrial Services Officer, for an order granting a modification of the conditions of pretrial release; it is hereby

**ORDERED** that the conditions of pretrial release are modified as follows:

1. The Defendant is permitted to attend a funeral, located at Fiore-Buckley Funeral Home, 236 Monmouth Road, Oakhurst, New Jersey, and repass, located at Mia Restaurant, 249 E. Main Street, Oceanport, New Jersey from approximately 9:45 a.m. to 2:00 p.m. on April 30, 2024. Megan Golden shall serve as the third-party custodian and shall be present with the Defendant for the entirety of the funeral and repass; and

2. The Defendant is permitted to pick-up his son from school subsequent to the funeral and repass on April 30, 2024.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated: April 29, 2024