PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Declan Golden**                                                                       Docket No. **23-MJ-3051**

### Petition for Action on Conditions of Pretrial Release

COMES NOW TODD JONES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Declan Golden**, who was placed under pretrial release supervision by the **HONORABLE MAGISTRATE JUDGE TONIANNE J. BONGIOVANNI** sitting in the Court at **Trenton, New Jersey**, on **July 20, 2023**, under the following conditions: The defendant was released on a $100,000 unsecured appearance bond. The following conditions were imposed.

1. Pretrial Services Supervision.
2. The defendant is to be released into the custody of a Third-Party Custodian: Meghan Golden.
3. Home Detention, with electronic monitoring, with exceptions for the following: verifiable employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services
4. The defendant is permitted use of computers or connected devices, and is permitted access to the Internet, for legitimate and necessary purposes at home and/or employment, as pre-approved and monitored by Pretrial Services. Any approved devices are subject to the installation of computer monitoring software and/or search by Pretrial Services to assure compliance. The defendant shall pay all or part of the cost of any monitoring software based upon their ability to pay as determined by Pretrial Services.
5. By consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third-party custodian approved by Pretrial Services, and subject to search for compliance by Pretrial Services.
6. Submit to Pretrial Services' use of electronic detection devices to evaluate the defendant, residents and/or visitors of residence access to Wifi connections.
7. Surrender all passports/travel documents. Do not apply for new travel documents.
8. Travel restricted to New Jersey.
9. Mental health testing and/or treatment as directed by Pretrial Services. The defendant must sign a release form for any present or future providers.
10. Substance abuse testing and/or treatment as directed by Pretrial Services.
11. Abstain from the use of alcohol.
12. Maintain current residence or a residence as pre-approved by Pretrial Services.
13. No contact with victims or witnesses.
14. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within

>24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.
>15. No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.

On November 3, 2023, an Informational Memo was submitted to the Court notifying of the defendant's noncompliance with his condition of no contact with minors whose parents or guardians are not aware of the present offense. Defendant provided Halloween candy to multiple minors that knocked on his door for trick or treat. The defendant was spoken to and reminded of the terms of his bail conditions. He advised he understood.

On December 19, 2023, an Informational Memo was submitted to the Court notifying of the defendant's noncompliance with making an unapproved stop when given a schedule by Pretrial Services. Defendant was giving approval to make two stops for grocery shop at Costco in Hazlet, NJ and Shoprite in Middletown, NJ. Defendant made an unauthorized stop to Juanito's Market in Red Bank, NJ. The defendant was spoken to and reminded he is to only go to approved locations.  He advised he understood.

On December 22, 2023, the Honorable Tonianne Bongiovanni, United States Magistrate Judge signed a modification allowing the defendant to visit his family on December 23, 2023, from approximately 9:00 AM to 7:00 PM, at his parents' home located at 75 Mansion Road, Springfield, Pennsylvania, 19064. In addition, the defendant was permitted to visit with friends on December 25, 2023, from approximately 1:00 PM to 5:00 PM at their home located 203 Patterson Lane, Red Bank, New Jersey 07701, provided parents of minor children are aware of the pending complaints.

On December 23, 2023, the defendant made an unauthorized stop at Toscanella Village Café in Middletown, NJ with his third-party custodian and children. The defendant was informed that he was given a court order, and this additional stop was not approved in the order.

On January 3, 2024, the defendant informed Pretrial Services Officers that he has used an unapproved device to facetime his wife and third-party custodian while she was in Florida. Pretrial Services seized the phone with the approval of the Honorable Tonianne Bongiovanni, United States Magistrate Judge. It should be noted that the device was seized until the defendant or third-party custodian can provide the passcode for Pretrial Services to inspect.

On January 16, 2024, a bail review hearing was held from Pretrial Services petitioning the court for a hearing. Your Honor modified the defendant's conditions of release to the following:

1. Defendant shall submit to polygraph testing as directed by Pretrial Services;
2. Defendant's home monitoring status is modified from Home Detention to Home Incarceration
3. Defendant's parents are to be included as approved Third-Party Custodians in the event that the primary Third-Party is unavailable and Pretrial Services is informed of the custodial change.

On March 10, 2024, Your Honor signed a modification allowing the defendant to visit and spend two nights at his parents' home, located at 75 Mansion Road, Springfield, Pennsylvania, 19064, from approximately 5:00 PM on Friday, March 15, 2024, through 11:00 AM on Sunday, March 17, 2024. The defendant's parents shall serve as the third-party custodians and shall be present with the Defendant for entirety of the stay.

On April 18, 2024, Your Honor signed a modification allowing the defendant to spend the night at The Residence Inn, located at 5 Barker Avenue, White Plains, New York 10601, from approximately 10:00 AM on April 20, 2024, through 11:00 AM on April 21, 2024, for the purposes of attending a wedding ceremony and reception. The defendant shall advise pretrial services of the date, time and location of all events associated with the wedding and obtain approval of pretrial services prior to attending, Mehgan Golden shall serve as the third-party custodia and shall be present with the Defendant for the entirety of the stay; and no children shall be present.

On April 29, 2024, Your Honor signed a modification allowing the defendant to attend a funeral, located at Fiore-Buckley Funeral Home, 236 Monmouth Road, Oakhurst, New Jersey, and repass, located at Mia Restaurant, 249 E. Main Street, Oceanport, New Jersey from approximately 9:45 AM to 2 PM on April 30, 2024. Megan Golden shall serve as the third-party custodian and shall be present with the Defendant for the entirety of the funeral and repass. The defendant is permitted to pick-up his son from school subsequent to the funeral and repass on April 30. 2024.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail review hearing.**

ORDER OF COURT

Considered and ordered this 30th day of August 2024 and ordered filed and made a part of the records in the above case.

_____
Honorable Tonianne J. Bongiovanni
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       8/30/2024

_Todd N. Jones_____
TODD JONES
United States Pretrial Services Officer

Bail Review Hearing set for 9/05/2024 at 2:00 p.m. in Courtroom 6E before Magistrate Judge Tonianne J. Bongiovanni.