# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  
**MAGISTRATE JUDGE: BONGIOVANNI**  
**Digitally Recorded: John Moller**

**September 25, 2024**  
**DATE OF PROCEEDINGS**

**TITLE OF CASE**:  23-MJ-3051 (TJB)

UNITED STATES OF AMERICA
    V.
DECLAN GOLDEN
    DEFENDANT PRESENT

**APPEARANCES:**

Ingrid Eicher, AUSA for Government
Robert Honecker, Jr., Esq., for Defendant
Todd Jones, Pretrial Services Officer

**NATURE OF PROCEEDING:**   Bail Review Hearing

Bail review hearing held.
Hearing on Petition (Docket Entry No. 33) for action on condition of Pretrial Release.
Bail continued.
Order Modifying Conditions of Release to be entered.

TIME COMMENCED:   10:53 a.m.
TIME ADJOURNED:   11:01 a.m.
TOTAL TIME:   8   MINUTES

s/ John Moller
Deputy Clerk