# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 23-mj-3051 |
| | ) | |
| DECLAN GOLDEN | ) | |
| | ) | |

## ORDER MODIFYING
## CONDITIONS OF PRETRIAL RELEASE

This matter comes before the Court for an order modifying the conditions of pretrial release as recommended by the United States Pretrial Services Office for the District of New Jersey. On July 20, 2023, the Court granted Mr. Golden's pretrial release under a series of conditions including that any approved devices are subject to the installation of computer monitoring and/or search by Pretrial Services and any computers in the home utilized by other residents shall be approved by Pretrial Services. Pretrial Services submitted a Petition to the Court on August 26, 2024, proposing modifications to conditions of pretrial release. A hearing was held on September 25, 2024, during which the Government and Defense Counsel consented to the proposed modifications.

It is therefore **ORDERED** on this ___30th___ day of September, 2024, that:

1. Mr. Golden's conditions of pretrial release are hereby modified as follows:

    a. By consent of other residents in the home, any computers or connected devices in the home utilized by other residents shall be approved by

1

    Pretrial Services, password protected by a third-party custodian approved by Pretrial Services, and subject to search for compliance by Pretrial Services. Approved connected devices in the residence include: Three smart TVs, two iPads, two kindle fire tablets, two Roku streaming sticks, one iMac laptop, one Android phone and one iPhone. Any connected devices to be purchased in the future must be approved by Pretrial Services. Defendant is only approved to search websites approved by Pretrial Services on his approved Android device.

  b. The defendant is permitted use of approved work computer for work purposes only. Any approved devices are subject to the installation of computer monitoring software and/or search by Pretrial Services to assure compliance. The defendant shall pay all or part of the cost of any monitoring software based upon their ability to pay as determined by Pretrial Services.

2. All other conditions of pretrial release previously ordered by the Court will remain in effect.

*[Signature]*
HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| _____ | _/s/ Robert A. Honecker, Jr.___ |
| Ingrid Eicher | Robert A. Honecker, Jr. |
| Assistant United States Attorney | Assistant Federal Public Defender |