**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the application of the defendant Declan Golden (Robert A. Honecker, Jr., Esq., appearing), with notice to Christopher Fell Assistant U.S. Attorney, and with notice to Todd Jones, Supervisory U.S. Pretrial Services Officer, for an order granting a modification of the conditions of pretrial release; it is hereby

**ORDERED** that the conditions of pretrial release are modified as follows:

1. The Defendant is permitted to attend a family dinner on February 1, 2025 at Teak located at 64 Monmouth Street, Red Bank, New Jersey, from approximately 6:00 p.m. to 10:00 p.m. The Defendant's third party custodian, Meghan Golden, shall remain with Defendant for the entirety of the dinner.

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated: January 30, 2025

097620.000000 9426577v1