# AG&A | ANSELL GRIMM & AARON PC
## COUNSELORS AT LAW

A commitment to excellence. A commitment to people.

Please respond to: OCEAN
Direct Dial: (732) 643-5285
Fax Number: (732) 643-5432
E-mail: rhonecker@ansell.law
lreilly@ansell.law

September 22, 2025

Honorable Christine P. O'Hearn
United States District Judge
District of New Jersey
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re: United States v. Declan Golden
Crim No: 1:25-00349

Dear Judge O'Hearn,

Please be advised that I am in receipt of the correspondence from Assistant U.S Attorney Christopher Fell requesting that the above captioned matter be adjourned for a three month period of time. The basis for the governments request is that a report from the National Center for Missing and Exploited Children (NCMEC) has not yet been completed so that the government cannot determine potential restitution and victim impact statements.

As you are aware, the Defendant entered a guilty plea of this matter on May 27, 2025. It has now been four months since the plea and apparently the government as of this date has not even submitted the evidence necessary to formulate the report to (NCMEC). The government provides no timeline for when the report will be completed and simply requests the adjournment in hopes the report will be done by then.

When initially contacted regarding the adjournment and after discussions with my client, we agreed to a one month adjournment to determine the status of the NCMEC report. We left open whether additional time would be necessary depending on the status of the report.

My client has expressed a desire to move this matter forward but understands the government may need some time. I would respectfully ask have the court ask the government to provide a more definitive timeline as to their expectation of when the report will be done so we can have a set sentencing date.

Consequently, at this time the Defendant continues to agree to a one month adjournment with the matter being reviewed at that time to see where we are with NCMEC report.

Thank you for your review and consideration of these requests.

Very truly yours,

Robert A. Honecker, Esq
A member of the firm

RAH/lr