

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*　　　　　　　　　　　　　　　　973-645-2700
*Newark, New Jersey 07102*

October 14, 2025

Honorable Christine P. O'Hearn
United States District Judge
District of New Jersey
4th & Cooper Streets Room 1050
Camden, NJ 08101

      Re:    <u>United States v. Declan Golden,</u>
               Crim No. 1:25-00349

Dear Judge O'Hearn,

      The Government submits this letter as an update on its efforts.

      On October 7, 2025, the FBI received the Child Identification Report from the National Center for Missing and Exploited Children® (NCMEC), and on October 10, 2025, the FBI received the Victim Information Report from the NCMEC. As such, the victims in this case have been identified. The Government must now notify those victims of the case and pending sentencing.

      The Government requests that sentencing be scheduled no sooner than thirty days from the date of this submission.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      TODD BLANCHE
                                      Deputy U.S. Attorney General

                                      ALINA HABBA
                                      Acting United States Attorney

                                      <u>*/s/ Christopher Fell*</u>
                    By:    Christopher Fell
                            Assistant U.S. Attorney