# AG&A | ANSELL GRIMM & AARON PC
COUNSELORS AT LAW

A commitment to excellence. A commitment to people.

Please respond to: OCEAN
Direct Dial: (732) 643-5229
Fax: (732) 643-5404
E-mail: rhonecker@ansell.law

October 16, 2025

The Honorable Christine P. O'Hearn
United States District Judge
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: **United States v. Declan Golden**
    Crim. No. 1:25-349
    Our File No. 97620-0

Dear Judge O'Hearn:

I am in receipt of the Government's letter requesting that the sentencing in the above matter be scheduled no sooner than thirty days from the date of the Government's October 14, 2025, submission.

The sentencing is currently scheduled for November 17, 2025, and as such is more than thirty days from the date of the Government's submission. Accordingly, the defense requests that the sentencing remain as scheduled on November 17, 2025.

Very truly yours,

/s/ Robert A. Honecker, Jr.

ROBERT A. HONECKER, JR.
A Member of the Firm
Email: rah@ansellgrimm.com